

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-77,246-11

### IN RE DRAKE LAFAYETTE WILLIS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. F-0824020-T IN THE 283RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that on April 4, 2013, he filed a supplemental application for a writ of habeas corpus in the 283rd District Court of Dallas County and that this supplemental application was not forwarded to this Court. Relator included a copy of this supplemental application with his mandamus application.

On July 22, 2015, we held this application in abeyance and ordered Respondent, the Dallas County District Clerk, to respond. The District Clerk's Office responded that it had no record of a supplemental application filed in this cause number.

In these circumstances, additional facts are needed. The trial court is the appropriate forum for findings of fact. If the trial court elects to hold a hearing, it shall determine whether Relator is indigent. If he is indigent and wishes to be represented by counsel, the trial court shall appoint an attorney to represent him at the hearing. TEX. CODE CRIM. PROC. art. 26.04.

The trial court shall make findings of fact as to whether (1) a supplemental habeas application in cause number F-0824020-T was file-stamped in Dallas County on April 4, 2013; (2) the District Clerk returned this application to Relator; (3) the District Clerk misplaced this application; and (4) the file stamp on the application Relator forwarded with his mandamus application is a forgery. In making these findings, the trial court may order Relator, the District Clerk, and others to respond.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's findings of fact shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: August 26, 2015
Do not publish